

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**                                                                                      312-435-5670
**Clerk**

Date: 12/9/25

Junru Chen

Re: Wang v. The Partnerships and Unincorporated Associations Identified in Schedule A
USDC Case Number: 1:25-cv-14540

Dear Counselor:

The documents you recently filed in connection with the above-captioned case have been received. Additional information is required for the completion of reports that are forwarded by this office to the Registrar of Patents/Trademarks.

The following additional information is required:

| PATENT OR TRADEMARK NUMBER | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Please provide this information within ten (10) days of today's date by filing the response in CM/ECF under the event: Civil/ Other filings/ Letter. If you have any questions, please do not hesitate to call the Help Desk at 312-435-5670.

                                                  Sincerely yours,

                                                  Thomas G. Bruton, Clerk

                                                  By: /s/ A. Ellis
                                                        Deputy Clerk

Rev. 05/08/2025